## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JESSE HARDY,** | |
| **Plaintiff,** | |
| **v.** | **Case No.:  1:16-cv-04411-ELR** |
| **GLOBAL CONCESSIONS, INC.,** **and TERRANCE D. HARPS,** **individually,** | |
| **Defendants.** | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JESSE HARDY, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), files his Notice of Voluntary Dismissal With Prejudice against Defendants.

Dated this 22nd day of February, 2017.

s/ CARLOS V. LEACH
Carlos V. Leach, Esquire
GA Bar No.: 488443
MORGAN & MORGAN, P.A.
191 Peachtree Street NE.
P.O. Box 57007
Atlanta, GA  30303
Telephone: (404) 965-8811
Facsimile: (404) 965-8812
E-mail:  cleach@forthepeople.com
Attorneys for Plaintiff

## FONT CERTIFICATION

Pursuant to Local Rule 5.1(C) Plaintiff hereby certifies that the within and foregoing pleading was prepared using Times New Roman, 14-point font.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF filing system. I further certify that I sent the copy of the foregoing Notice of Voluntary Dismissal with Prejudice and the Notice of the electronic filing by first class mail and email to GLOBAL CONCESSIONS, INC., c/o Terrance D. Harps, 7700 Spine Road, Hartsfield/Jackson International , Concourse T, Third Floor Site TS3-3-3G Atlanta, GA 30320, Fulton, Atlanta, GA, 30320, on this 22nd day of February, 2017.

**s/ CARLOS V. LEACH**
Carlos V. Leach, Esquire